UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

Case No. 1:20-cv-00053-LAG

DEBORAH LAUFER, Individually,

    Plaintiff,,

v.

VRAJ HOSPITALITY, LLC, a Georgia Limited
Liability Company d/b/a QUALITY INN
BAINBRIDGE

    Defendant
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(B), the parties hereby jointly stipulate to a dismissal of the above-captioned action, including all claims therein, with prejudice, each party to bear her/its own costs and attorney's fees.

Dated this 14th day of June, 2021.

| | |
|---|---|
| /s/ Kathy L. Houston | /s/ Sujata J. Patel, Esq. |
| Kathy L. Houston, Esq., Of Counsel | Sujata J. Patel, Esq. |
| Email: courtdocs@houstonlawfl.com | Email: sujatajaypatel@gmail.com |
| THOMAS B. BACON, P.A. | Registered Agent for |
| 15321 S. Dixie Highway, Suite 205 | Pro Se Defendant Vraj Hospitality, LLC |
| Miami, Florida 33157 | P. O. Box 1760 |
| Tel: 305-420-6609 – Fax 786-441-4416 | 1403 Tallahassee Highway |
| | Bainbridge, GA 39819 |

Attorneys for Plaintiff